## GAJEWSKI *v*. SIMONIAK.

NEGLIGENCE—CONTRIBUTORY NEGLIGENCE—DIRECTED VERDICT.
  Directed verdict of no cause of action on counterclaim, granted on the basis that plaintiff counterclaimants were guilty of contributory negligence as a matter of law, is reversed where, viewed in the light most favorable to counterclaimants, the record presents a question of fact as to their contributory negligence.

Appeal from Wayne, Gilmore (Horace W.), J. Submitted Division 1 June 4, 1968, at Detroit. (Docket No. 3,919.) Decided June 10, 1968.

Complaint by Chester Simoniak, Elizabeth Simoniak, and Constance Simoniak, a minor, by her next friend Chester Simoniak, against Clarence Gajewski

---

REFERENCE FOR POINTS IN HEADNOTE
38 Am Jur, Negligence § 348.

and William Gajewski, for injuries arising from an automobile accident. Counterclaim by Gajewskis against Simoniaks for injuries arising from the same accident. Plaintiffs' motion for directed verdict on the counterclaim granted. Counterclaimants Gajewski appeal. Reversed.

*Cary, BeGole, Martin, Bohall & Joselyn (William G. Jamieson,* of counsel), for counterclaimants Gajewski.

*Ripple, Chambers & DeWitt (Donnelly W. Hadden,* of counsel), for counterdefendants.

PER CURIAM. Plaintiffs appeal from a directed verdict of no cause of action granted on the basis plaintiffs were guilty of contributory negligence as a matter of law. Viewed in the light most favorable to plaintiffs we find the record presents a question of fact as to plaintiffs' contributory negligence.

Reversed, with costs to plaintiffs.

QUINN, P. J., and FITZGERALD and J. H. GILLIS, JJ., concurred.